UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MISTIANN LAPO,

              Plaintiff,

   v.

UNIFORM FACTORY OUTLET
WASHINGTON LLC et al.,

              Defendants.

CASE NO. C22-1013-KKE

ORDER LIFTING STAY AND REQUIRING
JOINT STATUS REPORT

      This Court stayed this action on August 14, 2023 pursuant to Defendant Uniform Factory Outlet Washington LLC's ("Uniform Factory") Notice of Filing Bankruptcy (Dkt. No. 16).  Dkt. No. 17.  Uniform Factory has now filed a status report informing the Court that the bankruptcy proceedings have concluded and the bankruptcy case is closed.  Dkt. No. 20.  Accordingly, the stay is LIFTED.

      The parties are ORDERED to meet and confer and file a joint status report setting forth what, if any, issues remain for this Court's resolution, or whether the parties agree that this matter should be dismissed as set forth in Defendant's status report.  Dkt. No. 20 at 2.

      The joint status report shall be filed by February 23, 2024.

      Dated this 8th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY AND REQUIRING JOINT STATUS REPORT - 1