UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MISTIANN LAPO,<br>            Plaintiff,<br>    v.<br><br>UNIFORM FACTORY OUTLET<br>WASHINGTON LLC et al.,<br>            Defendants. | CASE NO. C22-1013-KKE<br><br>ORDER DISMISSING CASE |

On February 15, 2024, the parties submitted a joint status report (Dkt. No. 22) in response to this Court's order, stating that "[t]he parties agree that no issues remain for this Court's resolution; therefore, this case should be dismissed." *Id.*

Accordingly, the Court ORDERS this case is DISMISSED. The clerk is directed to close the case.

Dated this 15th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1